# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
October 3, 2017

In re:
  Phyllis E. Airey
                    Debtor*

Case Number: 16–20104 jjt
Chapter: 13

### ORDER CONFIRMING FOURTH AMENDED CHAPTER 13 PLAN

   The above−named Debtor filed a Chapter 13 Plan (the "Plan"), on January 22, 2016 (ECF No. 4), which was recently modified on September 28, 2017, (the " Fourth Amended Plan") (ECF No. 70). The Fourth Amended Plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Fourth Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

   **ORDERED:** The Debtor's Fourth Amended Plan is **CONFIRMED** with the following provisions:

   Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $109.39  weekly , beginning on October 27, 2017, for a period of 260 Weeks in Addition to $8470 in Preconfirmation Payments, and until a   Not Less than 17% percent dividend is paid to creditors holding allowed unsecured non−tax claims ;  and it is further

   **ORDERED:** The Debtor's employer shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**
Airey Insurance Group, LLC
1141 New Britain Avenue
West Hartford, CT 06110

**Payable to:**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101−0610

   ; and it is further

   **ORDERED:** The Debtor's attorney is awarded attorney's fees in the total amount of $2500.00, of which $1000.00, has been paid, leaving $1500.00 due and payable through the Debtor's confirmed Fourth plan.

Dated: October 3, 2017                                             BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 172 − kv

*For the purposes of this order, "Debtor" means "Debtors" where applicable.