United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 16-20104-jjt |
| Phyllis E. Airey | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: zadam-zei | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: zoomclrk | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis E. Airey, 53 Thomaston Street, Hartford, CT 06112-1542 |
| cr | + | Nutmeg State Financial Credit Union, Michalik, Bauer, Silvia & Ciccarillo, LL, c/o Attorney JoAnn C. Silvia, 35 Pearl St., Suite 300, New Britain, CT 06051-2645 |
| 8526745 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Madisonville Ops Center, MD #1MOBBW, Cincinnati, OH 45263 |
| 8999763 | + | Fifth Third Bank, 5001 Kingsley Drive, 1MOBBW, Cincinnati, OH 45227-1114 |
| 8585617 | + | Fifth Third Mortgage Co., Attn: MD 1MOC20, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 8585755 | + | Fifth Third Mortgage Company, c/o Linda J. St. Pierre, Esq., Hunt Leibert Jacobson, P.C., 50 Weston Street, Hartford, CT 06120-1504 |
| 8537284 | + | Metropolitan District Commission, 555 Main Street, Hartford, CT 06103-2926 |
| 8528956 | + | Nutmeg State Federal Credit Union, nka Nutmeg State Financial Credit Union, c/o JoAnn C. Silvia, Esq., Michalik, Bauer, Silvia & Ciccarillo, LL, 35 Pearl St., Suite 300 New Britain, CT 06051-2645 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8528661 | | Email/Text: bankruptcy@nu.com | Dec 03 2020 18:31:00 | Connecticut Light and Power DBA Eversource, PO BOX 2899, Hartford CT 06101-8307 |
| 8526743 | | Email/Text: CNGBankruptcy@CTGCORP.com | Dec 03 2020 18:32:00 | Connecticut Natural Gas, PO Box 1500, Hartford, CT 06144-1500 |
| 8543052 | + | Email/Text: CNGBankruptcy@CTGCORP.com | Dec 03 2020 18:32:00 | Connecticut Natural Gas Corporation, 76 Meadow Street, East Hartford, CT 06108-3218 |
| 8526744 | | Email/Text: bankruptcynotices@eversource.com | Dec 03 2020 18:32:00 | Eversource, PO Box 270, Hartford, CT 06141-0270 |
| 8526746 | + | Email/Text: VSWEEZY@THEMDC.COM | Dec 03 2020 18:30:00 | Metropolitan District Co., 555 Main Street, P.O. Box 800, Hartford, CT 06142-0800 |
| 8526747 | | Email/Text: tmadden@nutmegstatefcu.org | Dec 03 2020 18:31:00 | Nutmeg State FCU, PO Box 66, Rocky Hill, CT 06067-0066 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fifth Third Bank as Successor by merger to Fifth T |
| cr | | Fifth Third Mortgage Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0205-2 | User: zadam-zei | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: zoomclrk | Total Noticed: 14 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JoAnn C. Silvia | on behalf of Creditor Nutmeg State Financial Credit Union jsilvia@mbsclawyers.com  israelcr66973@notify.bestcase.com |
| Jonathan G. Cohen | on behalf of Debtor Phyllis E. Airey jgcohen@yahoo.com  r46021@notify.bestcase.com |
| Linda St. Pierre | on behalf of Creditor Fifth Third Mortgage Company bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor Fifth Third Bank as Successor by merger to Fifth Third Mortgage Company bankruptcyecfmail@mccalla.com  Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano rnapolitano@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Victoria L. Forcella | on behalf of Creditor Fifth Third Mortgage Company vforcella@huntleibert.com  bankruptcy@huntleibert.com |

TOTAL: 9

# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
December 3, 2020

In re:
    Phyllis E. Airey
    Debtor*

Case Number: 16−20104
Chapter: 13

### Clerk's Notice of ZoomGov Instructions Regarding Scheduled Hearing

The scheduled hearing or conference before the Honorable James J. Tancredi on February 18, 2021 will be conducted over the ZoomGov platform.

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_HTD@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (860)240−3675 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1839 and input the Access Code: 8852665 when prompted.

Dated: December 3, 2020

For the Court



Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoomclrk